## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **RANDALL M. GRAY,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**MICHAEL J. ASTRUE, Commissioner** )<br>**Of Social Security,** )<br>)<br>**Defendant** ) | No.   2:11-cv-391-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 15) filed June 26, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

                                                               /s/ George Z. Singal
                                                               United States District Judge

Dated this 24th day of July, 2012.