## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **RANDALL M. GRAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.   2:11-cv-391-GZS |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner** | ) |
| **Of Social Security,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 15) filed June 26, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

    /s/ George Z. Singal
    United States District Judge

Dated this 24th day of July, 2012.